# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

ReMAPP International Corp.,
      **Plaintiff,**

    v.                     **Case No. 07-CV-287**

Comfort Keyboard Company, Inc.,
      **Defendant.**

---

## ORDER REFERRING CASE FOR MEDIATION

---

Based on the representations of counsel that the parties agree to participate in mediation,

IT IS ORDERED:

1. The parties shall appear for mediation proceedings before United States Magistrate Judge Patricia J. Gorence, at such time as she shall designate.

2. The parties shall not file or reveal to this court or its employees any discussions or facts disclosed during mediation, without the prior consent of the adverse party.

At the conclusion of the mediation, Judge Gorence shall advise this court whether mediation has been successful and shall not otherwise reveal any information concerning the action.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin, this <u>6th</u> day of November, 2007.

                                            <u>s/AARON E. GOODSTEIN</u>
                                            U.S. MAGISTRATE JUDGE